Case 2:25-cv-02378-DJC-CKD     Document 10     Filed 11/14/25     Page 1 of 3

1  DERICK E. KONZ, ESQ., SB No. 286902
    Email: dkonz@akk-law.com
2  **ANGELO, KILDAY & KILDUFF, LLP**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6
7  Attorneys for Defendants CITY OF YUBA CITY, YUBA CITY POLICE DEPARTMENT, D. PELECHOWICZ, and J. HARDISON

8
9                    **UNITED STATES DISTRICT COURT**
10                   **EASTERN DISTRICT OF CALIFORNIA**

11 | JESSICA DIANE WALKER, | ) | Case No.: 2:25-cv-02378-DJC-CKD |
12 | | ) | |
   |      Plaintiff, | ) | **STIPULATION TO STAY ALL** |
13 | | ) | **PROCEEDINGS DURING PENDENCY** |
   |   vs. | ) | **OF PLAINTIFF'S CRIMINAL CASE;** |
14 | | ) | **ORDER** |
15 | YUBA CITY, et al. | ) | |
   | | ) | |
16 |      Defendants. | ) | |
17 | | ) | |

18      Plaintiff filed this action on August 20, 2025, alleging that her state and federal rights were
19 violated during a July 10, 2024 traffic stop conducted by officers from the Yuba City Police
20 Department.  ECF No. 1.  The parties do not dispute that there is a pending criminal case against
21 Plaintiff in the Superior Court of California, County of Sutter involving the same incident (Case
22 No. CRM24-0002077).  Cal. Govt. Code section 945.3 prohibits a civil action against a peace
23 officer or public entity while a criminal case involving the same incident is "pending before a
24 superior court."  See also *Carrillo v. Cty. of Siskiyou*, 2008 U.S. Dist. LEXIS 120216, at *5 (E.D.
25 Cal. Apr. 14, 2008) (it is within the court's power to stay federal claims during the pendency of a
26 criminal action involving the same incident).
27      Accordingly, the parties hereby stipulate to and request a stay of this civil action pending
28 resolution of the criminal action. Within 30 days after resolution of the criminal action, Plaintiff

-1-
STIPULATION TO STAY ALL PROCEEDINGS DURING PENDENCY OF PLAINTIFF'S CRIMINAL CASE; ORDER

1 | will file a status report requesting that the Court lift the stay. Within 30 days after the Court issues
2 | an order lifting the stay, the Defendants will file a responsive pleading.
3 | **SO STIPULATED**.

4

5   Dated:  November 13, 2025                ANGELO, KILDAY & KILDUFF, LLP

6                                                                           */s/ Derick E. Konz*
7                                                            By:_____
                                                                  Derick E. Konz
8                                                                 Attorney for Defendants

9

10

11  Dated:  November 13, 2025                Beauchamp and Smith Law Firm, P.C.

12                                                                          */s/ Patrick Beauchamp*
                                                                  (Authorized on 11/13/25)
13                                                           By:_____
14                                                                Patrick Beauchamp
                                                                  Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Upon stipulation of the parties and good cause appearing, the Court:

1. Stays all proceedings in this action pending resolution of Plaintiff's criminal action;
2. Orders Plaintiff to file a status report requesting that the Court lift the stay within 30 days after resolution of the criminal action;
3. Orders Defendants to file a responsive pleading within 30 days after the Court issues an order lifting the stay; and
4. Directs the Clerk of Court to administratively close this case.

Dated:  November 13, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE