DERICK E. KONZ, ESQ., SB No. 286902
Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF YUBA CITY, YUBA CITY POLICE DEPARTMENT, D. PELECHOWICZ, and J. HARDISON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA DIANE WALKER,<br><br>Plaintiff,<br><br>vs.<br><br>YUBA CITY, et al.<br><br>Defendants. | Case No.: 2:25-cv-02378-DJC-CKD<br><br>**REQUEST TO LIFT STAY AND STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

**STIPULATION**

On November 14, 2025, the Court ordered a stay of this action pending resolution of Plaintiff's parallel criminal case in the Superior Court of California, County of Sutter (Case No. CRM24-0002077). ECF N 10. The order required Plaintiff to file a status report requesting that the Court lift the stay within 30 days after resolution of the criminal action. Id.

Plaintiff's criminal action resolved on August 3, 2026.

The parties hereby request that the Court lift the stay.

In addition, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate to dismissal of this action with prejudice, each side to bear their own fees and costs.

**SO STIPULATED.**

Dated: August 21, 2026

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*

By:__________________________________
Derick E. Konz
Attorney for Defendants

Dated: August 21, 2026

Beauchamp and Smith Law Firm, P.C.

*/s/ Patrick Beauchamp*
(authorized on 8/21/26)

By:__________________________________
Patrick Beauchamp
Attorney for Plaintiff

**ORDER**

The Court hereby lifts the stay due to resolution of Plaintiff's criminal case.

Upon stipulation of all parties, the Court hereby dismisses this action with prejudice, each side to bear their own fees and costs.

**SO ORDERED.**

Dated: August 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE